# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-00015-LDG (PAL) |
| v. | **ORDER** |
| JOHN BIRMELE, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that the Government's Motion for Reconsideration and Opposition to Defendant's Motion for Early Termination of Supervised Release (#189) is DENIED.

DATED this _____ day of October, 2013.

_____
Lloyd D. George
United States District Judge